May 8, 1984.

481 A.2d 360

Promeq, Inc. v. Kufen Electric, Appellant.

Argued March 21, 1984. Randolph A. Scott, for appellant; Gary M. Perkiss, for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Lower court's order of October 28, 1983, is vacated and we remand this case to permit the parties to proceed in accordance with Pa.R.A.P. No. 209(b).

Jurisdiction is relinquished.